United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10414-ref
John Deemer Hicks                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela              Page 1 of 1              Date Rcvd: Nov 03, 2016
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
db             +John Deemer Hicks,    1326 W. Hamilton Street,    Allentown, PA 18102-4315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
    CHARLES    LAPUTKA     on behalf of Debtor John Deemer Hicks claputka@laputkalaw.com,
    jamie@laputkalaw.com;mary@laputkalaw.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
    JAMES RANDOLPH WOOD     on behalf of Creditor    Allentown School District and City of Easton
    jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
    JOSHUA A. GILDEA    on behalf of Creditor    QNB Bank jgildea@flblaw.com,   ccharlton@flblaw.com
    JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
    Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
    bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
    MARY F. KENNEDY     on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
    mary@javardianlaw.com,   tami@javardianlaw.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                               TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Deemer Hicks
      Debtor(s)                                     Chapter: 13

                                                               Bankruptcy No: 16−10414−ref

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 3rd day of November, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                       Richard E. Fehling
                                                                       Judge ,
                                                                       United States Bankruptcy Court

                                                                                                   29
                                                                                               Form 155