United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10414-ref
John Deemer Hicks                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela         Page 1 of 1           Date Rcvd: Dec 23, 2016
                       Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13747180       E-mail/Text: bankruptcy.bnc@ditech.com Dec 24 2016 00:45:26      DITECH FINANCIAL LLC A/K/A/,
               GREEN TREE SERVICING LLC,    DITECH FINANCIAL LLC,    PO BOX 6154,   RAPID CITY, SD 57709-6154
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor John Deemer Hicks claputka@laputkalaw.com,
               jamie@laputkalaw.com;mary@laputkalaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and City of Easton
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JOSHUA A. GILDEA    on behalf of Creditor    QNB Bank jgildea@flblaw.com,    ccharlton@flblaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com,   tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10414-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

John Deemer Hicks
1326 W. Hamilton Street
Allentown PA 18102

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: DITECH FINANCIAL LLC A/K/A/, GREEN TREE SERVICING LLC, DITECH FINANCIAL LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 | Wilmington Savings Fund Society, FSB et al..<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/25/16

Tim McGrath
**CLERK OF THE COURT**