Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-10414-PMM

JOHN DEEMER HICKS
1326 W. HAMILTON STREET
ALLENTOWN  PA    18102

Petition Filed Date: 01/21/2016
341 Hearing Date: 03/22/2016
Confirmation Date: 11/03/2016

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/22/2019 | $250.00 | | 02/22/2019 | $250.00 | | 03/21/2019 | $250.00 | |
| 04/22/2019 | $250.00 | | 05/24/2019 | $250.00 | | 06/17/2019 | $250.00 | |
| 07/23/2019 | $250.00 | | 09/04/2019 | $250.00 | Monthly Plan P | 09/23/2019 | $250.00 | Monthly Plan P |
| 10/23/2019 | $250.00 | | 11/25/2019 | $250.00 | | 12/26/2019 | $250.00 | |
| 01/28/2020 | $250.00 | | 02/25/2020 | $250.00 | | 03/30/2020 | $250.00 | |
| 04/27/2020 | $250.00 | | 05/21/2020 | $250.00 | | 06/23/2020 | $250.00 | |
| 07/22/2020 | $250.00 | | | | | | | |

**Total Receipts for the Period: $4,750.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $13,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 1 | AMERICAN EXPRESS NATIONAL BANK »» 001 | Unsecured Creditors | $12,533.67 | $0.00 | $12,533.67 |
| 3 | ALLENTOWN SCHOOL DISTRICT »» 003 | Secured Creditors | $9,084.98 | $7,118.93 | $1,966.05 |
| 6 | CITY OF ALLENTOWN »» 06P | Priority Crediors | $159.60 | $115.78 | $43.82 |
| 6 | CITY OF ALLENTOWN »» 06S | Secured Creditors | $948.76 | $743.42 | $205.34 |
| 6 | CITY OF ALLENTOWN »» 06U | Unsecured Creditors | $70.00 | $0.00 | $70.00 |
| 9 | COUNTY OF LEHIGH FISCAL OFFICE »» 009 | Secured Creditors | $185.90 | $185.90 | $0.00 |
| 4 | CITY OF EASTON »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LEHIGH CO TAX CLAIM BUREAU »» 002 | Secured Creditors | $1,546.18 | $1,546.18 | $0.00 |
| 5 | QUAKERTOWN NATIONAL BANK »» 05S | Mortgage Arrears | $1,382.72 | $1,083.49 | $299.23 |
| 5 | QUAKERTOWN NATIONAL BANK »» 05U | Unsecured Creditors | $9,152.50 | $0.00 | $9,152.50 |
| 8 | RUSHMORE LOAN MGMT SVCS LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK N A »» 007 | Unsecured Creditors | $432.57 | $0.00 | $432.57 |
| 10 | CHARLES LAPUTKA ESQ »» 010 | Attorney Fees | $1,310.00 | $1,310.00 | $0.00 |

**Chapter 13 Case No. 16-10414-PMM**

---

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $12,103.70 | Arrearages: | ($250.00) |
| Paid to Trustee: | $1,162.00 | Total Plan Base: | $48,591.85 |
| Funds on Hand: | $234.30 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.