**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: John Deemer Hicks** ) | | **CHAPTER 13** |
| Debtor ) | | |
| ) | | **Case No. 16-10414** |
| ) | | |

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1. The Motion to Sell Real Property was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2. The deadline for response to the Motion was September 23, 2020.

3. No objections, responses, or requests for hearing on the Application have been received, and as of September 23, 2020 at 4:34 PM a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: September 23, 2020 　　　　　　　　　　/s/ *Charles Laputka, Esquire*
　　　　　　　　　　　　　　　　　　　　　　　CHARLES LAPUTKA, Esquire
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 91984
　　　　　　　　　　　　　　　　　　　　　　　1344 West Hamilton Street
　　　　　　　　　　　　　　　　　　　　　　　Allentown, PA 18102
　　　　　　　　　　　　　　　　　　　　　　　Phone: (610) 477-0155
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (484)350-3581