United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Deemer Hicks  
    Debtor

Case No. 16-10414-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 24, 2020  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.  
db      +John Deemer Hicks,    1326 W. Hamilton Street,    Allentown, PA 18102-4315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

     CHARLES LAPUTKA    on behalf of Debtor John Deemer Hicks claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
     DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
     JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and City of Easton jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
     JOSHUA A. GILDEA    on behalf of Creditor    QNB Bank jgildea@flblaw.com, ccharlton@flblaw.com  
     JOSHUA I. GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com  
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     MARY F. KENNEDY    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC mary@javardianlaw.com, angie.harrigan@javardianlaw.com  
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
     THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

     TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John Deemer Hicks ) | CHAPTER 13 | |
| Debtor ) | | |
| ) | Case No. 16-10414 | |
| ) | | |

ORDER

Upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell his/her real property located at 1324 Hamilton Street, Allentown, PA 18102 ("Property"), free and clear of all liens, for the sale price of $175,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of June 25, 2020, to the buyer(s) thereunder, Manuel Gutierrez ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $11,088.50

2. Liens paid at closing -     $96,807.82

3. Real estate taxes, sewer, trash and/or other such items     $10,949.51

4. Property repairs, if any     $0.00

5. Real estate commission, at no greater than 6%     $8,750.00

6. Attorney's fees, if any     $0.00

| | | |
|---|---|---:|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Other | $0.00 |
| | TOTAL | $127,595.83 |

After paying all liens in full and all costs of sale, the title clerk shall pay to Scott F. Waterman, Chapter 13 standing trustee, the balance of the sales proceeds, approximately $43,201.87, to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with debtor's modified plan, which shall require a 100% distribution on all filed and allowed claims.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

BY THE COURT

*Patricia M. Mayer*

**Date: September 24, 2020**

HONORABLE PATRICIA M. MAYER
BANKRUPTCY JUDGE