IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| JOHN DEEMER HICKS | : | CASE NO. 16-10414 |
| Debtor | : | |

**PRAECIPE TO WITHDRAW**

TO THE U.S. BANRUPTCY COURT CLERK:

Kindly mark QNB Bank's Proof of Claim filed with this Court on April 7, 2016 and registered as Claim No. 5 as withdrawn on record.

Dated: November 23, 2020          JOSHUA A. GILDEA

                                          I.D. No. 205911

                                        FITZPATRICK LENTZ & BUBBA, P.C.
                                        645 W. Hamilton Street, Suite 800
                                        Allentown, PA 18101
                                        (610) 797-9000

                                        By: */s/ Joshua A. Gildea*
                                            Attorney for QNB Bank