Certificate Number: 17082-PAE-DE-035585294

Bankruptcy Case Number: 16-10414



17082-PAE-DE-035585294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2021, at 10:30 o'clock AM MST, JOHN D HICKS IV completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 19, 2021            By:   /s/Orsolya K Lazar

                                 Name: Orsolya K Lazar

                                 Title: Executive Director