United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John Deemer Hicks  
    Debtor

Case No. 16-10414-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jun 08, 2021      Form ID: 138NEW      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Deemer Hicks, 1326 W. Hamilton Street, Allentown, PA 18102-4315 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Allentown School District and City of Easton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | | QNB Bank, 15 N. Third Street, PO Box 9005, Quakertown, PA 18951-9005 |
| 13666419 | + | AMERICAN EXPRESS, PO BOX 981537, El Paso, TX 79998-1537 |
| 13706245 | | Allentown School District, and City of Easton, c/o James R. Wood, Esq., 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 13704603 | + | Allentown School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13686241 | | American Express Bank, FSB, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13704604 | + | City of Easton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13772221 | + | County Of Lehigh Fiscal Office, 17 S 7TH Street Room 119, Allentown PA 18101-2401 |
| 13747180 | | DITECH FINANCIAL LLC A/K/A/, GREEN TREE SERVICING LLC, DITECH FINANCIAL LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| 13669478 | + | Ditech Financial LLC, c/o Mark F. Kennedy, Esq., 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 13666420 | + | Ditech Financial, LLC, 345 St. Peter Street, Suite 600, Saint Paul, MN 55102-4404 |
| 13666421 | + | Jordan Felzer, Esquire, 1500 Walnut Street, Suite 630, Philadelphia, PA 19102-3516 |
| 13666422 | + | Lehigh County Authority, PO Box 3348, Allentown, PA 18106-0348 |
| 13697894 | + | Lehigh County Tax Claim Bureau, c/o Northeast Revenue Service, LLC, 1170 Highway 315, Suite 2, Plains, PA 18702-6906 |
| 13666423 | + | Michael Nesfeder, Esq., 4001 Schoolhouse Lane, Center Valley, PA 18034-8720 |
| 13666424 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 13666425 | + | Portnoff Law Associates, PO Box 391, Norristown, PA 19404-0391 |
| 13666427 | | QNB Bank, P.O. Box 9005, Quakertown, PA 18951-9005 |
| 13795722 | + | Rushmore Loan Management Services, c/o Joshua I Goldman, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13666428 | + | Wells Fargo Bank, PO Box 31557, Billings, MT 59107-1557 |
| 13731565 | + | Wells Fargo Bank, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |
| 13839506 | + | Wilmington Savings Fund Society, FSB, c/o Thomas Puleo, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13839660 | + | Wilmington Savings Fund Society, FSB et al.., P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2021 02:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 09 2021 02:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13714722 | Email/Text: coabankruptcy@allentownpa.gov | Jun 09 2021 02:19:00 | City of Allentown, Revenue and Audit Bureau, |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2021 | Form ID: 138NEW | Total Noticed: 32 |

435 Hamilton St Rm 215, Allentown PA 18101

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13666426 | ##+ | Powell Rogers & Speaks, Inc., PO Box 930, Halifax, PA 17032-0930 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor John Deemer Hicks claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Allentown School District and City of Easton jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSHUA A. GILDEA | on behalf of Creditor QNB Bank jgildea@flblaw.com  ccharlton@flblaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARY F. KENNEDY | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC mary@javardianlaw.com  coleen@javardianlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Deemer Hicks

    Debtor(s)

Bankruptcy No: 16−10414−pmm

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 6/8/21

59 − 58
Form 138_new